AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| P.W. ARMS, INC., a Washington corporation ) ) ) ) <br> _Plaintiff(s)_ ) <br> v. ) <br> ) Civil Action No.   15-cv-1990-JCC <br> UNITED STATES OF AMERICA and the BUREAU ) <br> OF ALCOHOL, TOBACCO, FIREARMS AND ) <br> EXPLOSIVES, a Federal Agency ) <br> ) <br> _Defendant(s)_ ) | | |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_
　　　　Annette Hayes
　　　　United States Attorney for the Western District of Washington
　　　　700 Stewart Street, Suite 5220
　　　　Seattle, WA  98101

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Robert G. Chadwell
　　　　　　　　　　　　　　　　　　　　Patrick J. Preston
　　　　　　　　　　　　　　　　　　　　McKay Chadwell, PLLC
　　　　　　　　　　　　　　　　　　　　600 University Street, Suite 1601
　　　　　　　　　　　　　　　　　　　　Seattle, WA  98101
　　　　　　　　　　　　　　　　　　　　(p) 206-233-2800

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:　December 21, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Signature of Clerk or Deputy Clerk_