AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| P.W. ARMS, INC., a Washington corporation )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>UNITED STATES OF AMERICA and the BUREAU )<br>OF ALCOHOL, TOBACCO, FIREARMS AND )<br>EXPLOSIVES, a Federal Agency )<br>)<br>*Defendant(s)* ) | Civil Action No.  15-cv-1990-JCC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Attorney General of the United States
U.S. Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert G. Chadwell
Patrick J. Preston
McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, WA  98101
(p) 206-233-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk*

Date:  December 21, 2015