THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.W. ARMS, INC., a Washington corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency,<br><br>                    Defendants. | No. 2:15-cv-01990 JCC<br><br>**PLAINTIFF P.W. ARMS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL CR 7.1** |

Pursuant to Fed. R. Civ. P. 7.1 and Local CR 7.1, Plaintiff P.W. Arms, Inc., a nongovernmental corporate plaintiff, hereby makes the following corporate disclosure statements: P.W. Arms, Inc. is a privately-owned Washington State corporation and has no parent corporation.  No publicly held corporation owns ten percent (10%) or more of its stock, and it has no corporate members.

///

///

///

///

///

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 1

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809

1  DATED December 22, 2015.

2                                           **McKAY CHADWELL, PLLC**

                                             By *s/ Robert G. Chadwell*
                                             By *s/ Patrick J. Preston*
                                             By *s/ Thomas M. Brennan*
                                             Robert G. Chadwell, WSBA No. 22683
                                             Patrick J. Preston, WSBA No. 24361
                                             Thomas M. Brennan, WSBA No. 30662
                                             Attorneys for Plaintiff P.W. Arms, Inc.
                                             600 University Street, Suite 1601
                                             Seattle, WA  98101-4124
                                             Phone: (206) 233-2800
                                             Fax:    (206) 233-2809
                                             Email: rgc1@mckay-chadwell.com
                                                        pjp@mckay-chadwell.com
                                                        tmb@mckay-chadwell.com

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 2

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809