District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.W. ARMS, INC., a Washington corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency,<br><br>                Defendants. | Case No. 2:15-cv-1990 JCC<br><br>NOTICE OF APPEARANCE |

       PLEASE TAKE NOTICE that the Defendants, United States of America et. al., in the above-entitled cause of action, without waiving objection to, inter alia, service, venue, or jurisdiction, hereby enters its appearance by and through the attorney of record listed below:

> Jessica M. Andrade
> Assistant United States Attorney
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271

       You are advised that service of all further pleadings, notices, documents or other papers herein, exclusive of original process, may be made upon said defendants by serving the above named attorney at the address indicated above.

NOTICE OF APPEARANCE
[Case No. C15-1990-JCC]- 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1
2
3      DATED this 15th day January, 2016.
4
                          Respectfully submitted,
5
6                         ANNETTE L. HAYES
                          United States Attorney
7
                          */s/ Jessica M. Andrade*
8                         JESSICA M. ANDRADE, WSBA No. 39297
                          Assistant United States Attorney
9                         Western District of Washington
                          United States Attorney's Office
10                        700 Stewart Street, Suite 5220
                          Seattle, Washington 98101-1271
11                        Phone: 206-553-7970
                          E-mail:  jessica.andrade@usdoj.gov
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF APPEARANCE
[Case No. C15-1990-JCC]- 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the plaintiff(s).

>McKAY Chadwell, PLLC
>Robert G. Chadwell, WSBA No. 22683
>Patrick J. Preston, WSBA No. 24361
>Thomas M. Brennan, WSBA No. 30662
>600 University Street, Suite 1601
>Seattle, WA 98101-4124
>Email: rgc1@mckay-chadwell.com
>       pjp@mckay-chadwell.com
>       tmb@mckay-chadwell.com

I hereby certify that I have served the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), via USPS mail, postage pre-paid.

-0-

DATED this 15th day of January, 2016

*/s/ Tara Faulds*
TARA FAULDS, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: tara.faulds@usdoj.gov

NOTICE OF APPEARANCE
[Case No. C15-1990-JCC]- 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970