District Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

P.W. ARMS, INC., a Washington corporation,

    Plaintiff,

v.

UNITED STATES OF AMERICA and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency,

    Defendants.

Case No. C15-1990 JCC

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

**Noted on Motion Calendar: January 15, 2016**

## **JOINT STIPULATION**

The parties here by jointly STIPULATE AND AGREE to extend the time for Defendants to respond or otherwise plead to Plaintiff P.W. Arms, Inc.'s ("Plaintiff") third claim for relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*. (Complaint at p. 21, Dkt. No. 1) by thirty (30) days. The deadline for Defendants to respond or otherwise plead to Plaintiff's FOIA claim shall thereby be extended from the thirty (30) days allowed under 5 U.S.C. § 552(a)(4)(C), to sixty(60) days as otherwise provided by Federal Rule of Civil Procedure 12(a)(2). Defendant's deadline to respond or otherwise plead in total is thus extended to February 19, 2016.

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME
[Case No. C15-1990-JCC]- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**.

Dated this 15th day of January, 2016.

      *s/Robert G. Chadwell*
Robert G. Chadwell, WSBA No. 10909
McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
Phone: 206-233-2800
Email: rgc1@mckay-chadwell.com

Attorney for Plaintiff

Dated this 15th day of January, 2016.

ANNETTE L. HAYES
United States Attorney

      *s/ Jessica M. Andrade*
JESSICA M. ANDRADE, WSBA No. 39297
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: Jessica.Andrade@usdoj.gov

Attorneys for Defendants

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME
[Case No. C15-1990-JCC]- 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## **ORDER**

**IT IS SO ORDERED** that the deadline for Defendants to answer or otherwise plead to Plaintiff's claim under FOIA shall hereby be extended to February 19, 2016.

Dated this ___ day of January, 2016.

_____
JOHN C. COUGHENOUR
United States District Judge

*Presented by:*

ANNETTE L. HAYES
United States Attorney

 *s/ Jessica M. Andrade*
JESSICA M. ANDRADE, WSBA No. 39297
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: Jessica.Andrade@usdoj.gov

Attorneys for Defendants

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME
[Case No. C15-1990-JCC]- 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970