District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.W. ARMS, INC., a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-1990 JCC<br><br>NOTICE OF FILING PHYSICAL COPY OF ADMINISTRATIVE RECORD |

The Defendants hereby serve notice that a true and complete copy of the Plaintiff's administrative record is being filed with the Clerk's Office for the Western District of Washington. The administrative record consists of a CD. The physical materials will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

//
//
//
//
//

Notice of Filing Physical Copy of Administrative Record
[Case No. C15-1990-JCC]- 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1
2   DATED this 19th day February, 2016.
3
                                Respectfully submitted,
4
5                               ANNETTE L. HAYES
                                United States Attorney
6
                                */s/ Jessica M. Andrade*
7                               JESSICA M. ANDRADE, WSBA #39297
                                Assistant United States Attorney
8                               Western District of Washington
                                United States Attorney's Office
9                               700 Stewart Street, Suite 5220
                                Seattle, Washington 98101-1271
10                              Phone: 206-553-7970
                                E-mail:  jessica.andrade@usdoj.gov
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Notice of Filing Physical Copy of Administrative Record            **UNITED STATES ATTORNEY**
[Case No. C15-1990-JCC]- 2                                         700 Stewart Street, Suite 5220
                                                                   Seattle, Washington 98101-1271
                                                                   206-553-7970

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the plaintiff(s).

>McKAY CHADWELL, PLLC
>Robert G. Chadwell, WSBA No. 22683
>Patrick J. Preston, WSBA No. 24361
>Thomas M. Brennan, WSBA No. 30662
>600 University Street, Suite 1601
>Seattle, WA 98101-4124
>Email: rgc1@mckay-chadwell.com
>          pjp@mckay-chadwell.com
>          tmb@mckay-chadwell.com

I hereby certify that I have served the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), via USPS mail, postage pre-paid.

-0-

DATED this 19th day of February, 2016

   */s/ Tara Faulds*
   TARA FAULDS, Legal Assistant
   United States Attorney's Office
   700 Stewart Street, Suite 5220
   Seattle, Washington 98101-1271
   Phone: 206-553-7970
   Fax: 206-553-4073
   Email: tara.faulds@usdoj.gov

Notice of Filing Physical Copy of Administrative Record
[Case No. C15-1990-JCC]- 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970