District Judge John C. Coughenour

1

2

3

4

5

6

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

P.W. ARMS, INC., a
Washington corporation,

9

Plaintiff,

10

v.

11

12

13

UNITED STATES OF AMERICA and the
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, a Federal
Agency,

14

Defendants.

Case No. 2:15-cv-1990 JCC

DEFENDANTS UNITED STATES OF
AMERICA AND THE BUREAU OF
ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES, CERTIFICATION
OF ADMINISTRATIVE RECORD

15

CERTIFICATION OF ADMINISTRATIVE RECORD

16

1.      I, Curtis W. Gilbert, am employed by the U.S. Bureau of Alcohol, Tobacco,

17

Firearms and Explosives (ATF), as the Deputy Assistant Director of ATF's Enforcement

18

Programs and Services (EPS) Directorate since December 2014.  EPS is responsible for the

19

development and delivery of programmatic policy guidance and technical support and

20

classification relative to firearms and explosives industry issues.  Both the Firearms and

21

22

Ammunition Technology Division and the Firearms and Explosives Imports Branch are housed

23

within EPS.

24

25

CERTIFICATION OF ADMINISTRATIVE RECORD
[Case No. C15-1990-JCC]- 1

2.     I hereby certify that, to the best of my knowledge, the Administrative Record filed with the Court in this matter includes the documents considered during that decision-making process.

3.     A true, accurate and complete copy of the Administrative Record has been compiled, will be lodged with the Court and served upon all parties in the case.  No documents have been withheld on a basis of privilege; accordingly a privilege log is not needed.

DATED this _18_ day of February, 2016 at Washington, D.C.

_____
Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs and Services (EPS)

CERTIFICATION OF ADMINISTRATIVE RECORD
[Case No. C15-1990-JCC]- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970