District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.W. ARMS, INC., a Washington corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency,<br><br>                    Defendants. | Case No. 2:15-cv-1990 JCC<br><br>ORDER GRANTING MOTION TO DISMISS (PROPOSED) PLAINTIFF'S CLAIM TWO |

The Court, having reviewed the pleadings and materials in this case, it is hereby

**ORDERED** that:

The Government's Motion to Dismiss Plaintiff's Claim Two, "FTCA: Intentional Interference with Chattels, Negligence; and Wrongful Acts and/or Omissions by Defendant USA" (Compl. at 19, Dkt. No. 1) for lack of subject matter jurisdiction is GRANTED. Plaintiff's claim under the FTCA is hereby dismissed with prejudice.

Dated this _____ day of _____, 2016.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER GRANTING MOTION TO DISMISS (PROPOSED)
[Case No. C15-1990-JCC]- 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1
2
3  Presented by:
4
   ANNETTE L. HAYES
5  United States Attorney

6
   */s/ Jessica M. Andrade*
7  JESSICA M. ANDRADE, WSBA #39297
   Assistant United States Attorney
8  Western District of Washington
   United States Attorney's Office
9  700 Stewart Street, Suite 5220
   Seattle, Washington 98101-1271
10 Phone: 206-553-7970
   E-mail:  jessica.andrade@usdoj.gov
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING MOTION TO DISMISS (PROPOSED)
[Case No. C15-1990-JCC]- 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970