District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.W. ARMS, INC., a Washington corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency,<br><br>          Defendants. | Case No. 2:15-cv-1990 JCC<br><br>NOTICE OF FILING PHYSICAL COPY OF ADDITIONAL PAGE OF ADMINISTRATIVE RECORD |

The Defendants hereby serve notice that a true and complete copy of an additional page of the Plaintiff's administrative record is being filed with the Clerk's Office for the Western District of Washington. The administrative record consists of a CD. The physical materials will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

//

//

//

//

//

Notice of Filing Physical Copy of an Additional Page of Administrative Record [Case No. C15-1990-JCC]- 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 24th day February, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Jessica M. Andrade*
JESSICA M. ANDRADE, WSBA #39297
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: jessica.andrade@usdoj.gov

Notice of Filing Physical Copy of an Additional Page of Administrative Record
[Case No. C15-1990-JCC]- 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the plaintiff(s).

> McKAY CHADWELL, PLLC
> Robert G. Chadwell, WSBA No. 22683
> Patrick J. Preston, WSBA No. 24361
> Thomas M. Brennan, WSBA No. 30662
> 600 University Street, Suite 1601
> Seattle, WA 98101-4124
> Email: rgc1@mckay-chadwell.com
> pjp@mckay-chadwell.com
> tmb@mckay-chadwell.com

I hereby certify that I have served the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), via USPS mail, postage pre-paid.

-0-

DATED this 24th day of February, 2016

*/s/ Tara Faulds*
TARA FAULDS, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: tara.faulds@usdoj.gov

Notice of Filing Physical Copy of an Additional Page of Administrative Record [Case No. C15-1990-JCC]- 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970