District Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| P.W. ARMS, INC., a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency,<br><br>　　　　　　　Defendants. | Case No. C15-1990 JCC<br><br>STIPULATION FOR ORDER ESTABLISHING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT ON APA CLAIM |

## **STIPULATION**

WHEREAS plaintiff P.W. Arms, Inc. ("Plaintiff"), has filed the above-captioned lawsuit against the defendants United States of America and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") (together with the United States, "Defendants"), which asserts one claim under the Administrative Procedure Act ("APA"), and Defendants have already lodged a certified administrative record with the Court, the parties hereby stipulate that the Court may enter an order as set forth below which, among other things, establishes a briefing schedule for summary judgment briefing related to the APA claim.

STIPULATION AND [PROPOSED] ORDER
FOR BRIEFING SCHEDULE ON APA CLAIM
[Case No. C15-1990-JCC]- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1. Plaintiff shall file and serve its motion for summary judgment and any supporting material on or before Friday, March 18, 2016. The brief shall not exceed twenty four (24) pages in length.

2. Defendants shall file and serve their brief in opposition to Plaintiff's motion for summary judgment and any cross-motion for summary judgment, and any supporting material, no later than Friday, April 15, 2016. Arguments in opposition to the Plaintiff's motion and in support of any cross-motion shall be consolidated in the same brief. The brief shall not exceed thirty six (36) pages in length.

3. Plaintiff shall file its reply brief in support of its motion and its brief in opposition to any cross-motion for summary judgment no later than Friday, May 6, 2016. Arguments in opposition to Defendants' motion and in reply in support of Plaintiff's motion shall be consolidated in the same brief. The brief shall not exceed twenty four (24) pages in length.

4. Defendants shall file and serve their reply brief in support of any cross-motion no later than Friday, May 20, 2016. The brief shall not exceed twelve (12) pages in length.

5. Both Plaintiff's motion for summary judgment and any cross-motion shall be noted on the Court's motion calendar for Friday, May 20, 2016.

**SO STIPULATED**.

Dated this 17th day of March, 2016.

    *s/ Thomas Brennan*
Thomas Brennan, WSBA No. 30662
McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
Phone: 206-233-2800
Email: tmb@mckay-chadwell.com

Attorney for Plaintiff

STIPULATION AND [PROPOSED] ORDER
FOR BRIEFING SCHEDULE ON APA CLAIM
[Case No. C15-1990-JCC]- 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Dated this 17th day of March, 2016.

        ANNETTE L. HAYES
        United States Attorney

        *s/ Jessica M. Andrade*
        JESSICA M. ANDRADE, WSBA No. 39297
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: 206-553-7970
        Email:  Jessica.Andrade@usdoj.gov

        Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER
FOR BRIEFING SCHEDULE ON APA CLAIM
[Case No. C15-1990-JCC]- 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# **ORDER**

**IT IS SO ORDERED** that the briefing schedule for cross-motions for summary judgment on Plaintiff's APA claim is as follows:

1. Plaintiff shall file and serve its motion for summary judgment and any supporting material on or before Friday, March 18, 2016. The brief shall not exceed twenty four (24) pages in length.

2. Defendants shall file and serve their brief in opposition to Plaintiff's motion for summary judgment and any cross-motion for summary judgment, and any supporting material, no later than Friday, April 15, 2016. Arguments in opposition to the Plaintiff's motion and in support of any cross-motion shall be consolidated in the same brief. The brief shall not exceed thirty six (36) pages in length.

3. Plaintiff shall file its reply brief in support of its motion and its brief in opposition to any cross-motion for summary judgment no later than Friday, May 6, 2016. Arguments in opposition to Defendants' motion and in reply in support of Plaintiff's motion shall be consolidated in the same brief. The brief shall not exceed twenty four (24) pages in length.

4. Defendants shall file and serve their reply brief in support of any cross-motion no later than Friday, May 20, 2016. The brief shall not exceed twelve (12) pages in length.

5. Both Plaintiff's motion for summary judgment and any cross-motion shall be noted on the Court's motion calendar for Friday, May 20, 2016.

Dated this ___ day of March, 2016.

JOHN C. COUGHENOUR
United States District Judge

STIPULATION AND [PROPOSED] ORDER
FOR BRIEFING SCHEDULE ON APA CLAIM
[Case No. C15-1990-JCC]- 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1 | *Presented by:*

3 | ANNETTE L. HAYES
United States Attorney

4 | *s/ Jessica M. Andrade*
JESSICA M. ANDRADE, WSBA No. 39297
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email:  Jessica.Andrade@usdoj.gov

Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER
FOR BRIEFING SCHEDULE ON APA CLAIM
[Case No. C15-1990-JCC]- 5

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970