THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PW ARMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA and THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,<br><br>　　　　　Defendants. | CASE NO. C15-1990-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　The Court has received and reviewed the parties' stipulated motion for a consolidated briefing schedule on cross-motions for summary judgment. (Dkt. No. 16.) The Court ADOPTS the briefing schedule as presented by the parties:

1.　Plaintiff shall file and serve its motion for summary judgment and any supporting material on or before Friday, March 18, 2016. The brief shall not exceed twenty four (24) pages in length.

2.　Defendants shall file and serve their brief in opposition to Plaintiff's motion for summary judgment and any cross-motion for summary judgment, and any supporting material, no later than Friday, April 15, 2016. Arguments in opposition to the Plaintiff's motion and in support of any cross-motion shall be consolidated in the same brief. The brief shall not exceed thirty six (36) pages in length.

MINUTE ORDER, C15-1990-JCC
PAGE - 1

3. Plaintiff shall file its reply brief in support of its motion and its brief in opposition to any cross-motion for summary judgment no later than Friday, May 6, 2016. Arguments in opposition to Defendants' motion and in reply in support of Plaintiff's motion shall be consolidated in the same brief. The brief shall not exceed twenty four (24) pages in length.

4. Defendants shall file and serve their reply brief in support of any cross-motion no later than Friday, May 20, 2016. The brief shall not exceed twelve (12) pages in length.

Both Plaintiff's motion for summary judgment and any cross-motion shall be noted on the Court's motion calendar for Friday, May 20, 2016.

DATED this 18th day of March 2016.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk