THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.W. ARMS, INC., a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency,<br><br>　　　　　　　　Defendants. | Case No.  2:15-cv-01990 JCC<br><br>**PLAINTIFF'S NOTICE OF INTENT TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS FTCA CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(1)** |

Consistent with Local Civil Rule 7(g)(1), Plaintiff, P.W. Arms, Inc. notifies the Court and the defendants of its intent to file a sur-reply tomorrow to the government's March 18, 2016 reply (dkt. #19) supporting the government's Rule 12(b)(1) partial motion (dkt. #10) to dismiss PWA's Federal Tort Claims Act (FTCA) claim.  The sur-reply will ask the Court to strike a new argument in the government's reply.

//

//

//

//

//

PLAINTIFF'S NOTICE OF INTENT TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS FTCA CLAIM - 1

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809

DATED this 22nd day of March, 2016.

**McKAY CHADWELL, PLLC**

By *s/ Robert G. Chadwell*
By *s/ Patrick J. Preston*
By *s/ Thomas M. Brennan*
Robert G. Chadwell, WSBA No. 22683
Patrick J. Preston, WSBA No. 24361
Thomas M. Brennan, WSBA No. 30662
Attorneys for Plaintiff P.W. Arms, Inc.
600 University Street, Suite 1601
Seattle, WA  98101-4124
Phone: (206) 233-2800
Fax:     (206) 233-2809
Email: rgc1@mckay-chadwell.com
            pjp@mckay-chadwell.com
            tmb@mckay-chadwell.com

PLAINTIFF'S NOTICE OF INTENT TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS FTCA CLAIM - 2

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809