# CERTIFICATE OF SERVICE

I hereby certify that on March 23rd, 2016, I electronically filed Plaintiff P.W. Arms, Inc.'s Surreply in Opposition to Defendant United States of America's Motion to Dismiss FTCA Claim Pursuant to Fed. R. Civ. P. 12(b)(1) which will send notification of such filing to all registered parties on this case, listed below:

Jessica M. Andrade

U.S. Attorney's Office

700 Stewart Street

Suite 5220

Seattle, WA 98101-1271

Email: jessica.andrade@usdoj.gov

DATED this 23rd day of March, 2016.

*s/ Annika A. Jakes*
Annika A. Jakes
Legal Assistant
McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, WA 98101
Phone: (206) 233-2800
Facsimile: (206) 233-2809
E-mail: aaj@mckay-chadwell.com

CERTIFICATE OF SERVICE - 1
No. 2:15-cv-01990 JCC

**McKay Chadwell,** PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
(206) 233-2800   Fax (206) 233-2809