District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.W. ARMS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency,<br><br>Defendants. | Case No. 2:15-cv-1990 JCC<br><br>NOTICE OF FILING SUPPPLEMENT OF ADMINISTRATIVE RECORD |

The Defendants hereby serve notice that a Supplement of the Plaintiff's administrative record is being filed with the Clerk's Office for the Western District of Washington. The Supplement to the administrative record is in paper format. The physical materials will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

//

//

//

//

//

Notice of Supplementation of Administrative Record
[Case No. C15-1990-JCC]- 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1
2       DATED this 12th day of April, 2016.
3
                                Respectfully submitted,
4
5                               ANNETTE L. HAYES
                                United States Attorney
6
                                */s/ Jessica M. Andrade*
7                               JESSICA M. ANDRADE, WSBA #39297
                                Assistant United States Attorney
8                               Western District of Washington
                                United States Attorney's Office
9                               700 Stewart Street, Suite 5220
                                Seattle, Washington 98101-1271
10                              Phone: 206-553-7970
                                E-mail:  jessica.andrade@usdoj.gov
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Notice of Supplementation of Administrative Record
[Case No. C15-1990-JCC]- 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the plaintiff(s).

>McKay Chadwell, PLLC
>Robert G. Chadwell, WSBA No. 22683
>Patrick J. Preston, WSBA No. 24361
>Thomas M. Brennan, WSBA No. 30662
>600 University Street, Suite 1601
>Seattle, WA 98101-4124
>Email: rgc1@mckay-chadwell.com
>       pjp@mckay-chadwell.com
>       tmb@mckay-chadwell.com

I hereby certify that I have served the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), via USPS mail, postage pre-paid.

>-0-

DATED this 12th day of April, 2016

> */s/ Tara Faulds*
> TARA FAULDS, Legal Assistant
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271
> Phone: 206-553-7970
> Fax: 206-553-4073
> Email: tara.faulds@usdoj.gov

Notice of Supplementation of Administrative Record
[Case No. C15-1990-JCC]- 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970