Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.W. ARMS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency,<br><br>Defendants. | NO. C15-01990-JCC<br><br>(PROPOSED) ORDER DENYING PLAINTIFFS MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS SUMMARY JUDGMENT ON PLAINTIFF'S APA CLAIM |

The Court, having reviewed the pleadings and materials in this case, it is hereby **ORDERED** that:

The Plaintiff's Motion for Summary Judgment is DENIED.

The Defendants' Motion for Summary Judgment on Plaintiff's Administrative Procedure Act ("APA"), claim is GRANTED.

Dated this _____ day of _____, 2016.

                                                     _____
                                                     JOHN C. COUGHENOUR
                                                     United States District Judge

(PROPOSED) ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT and GRANTING DEFENDANTS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S APA CLAIM - 1
No. C15-01990-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2    *Presented by:*

3    ANNETTE L. HAYES
     United States Attorney

4     *s/ Jessica M. Andrade*
     JESSICA M. ANDRADE, WSBA No. 39297
     Assistant United States Attorney
5    United States Attorney's Office
     700 Stewart Street, Suite 5220
6    Seattle, Washington 98101-1271
     Phone: 206-553-7970
     Email:  Jessica.Andrade@usdoj.gov
7
     Attorneys for Defendants
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

(PROPOSED) ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT and GRANTING DEFENDANTS MOTION FOR SUMMARY
JUDGMENT ON PLAINTIFF'S APA CLAIM - 2
No. C15-01990-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the plaintiff.

    McKAY CHADWELL, PLLC
    Robert G. Chadwell, WSBA No. 22683
    Patrick J. Preston, WSBA No. 24361
    Thomas M. Brennan, WSBA No. 30662
    600 University Street, Suite 1601
    Seattle, WA 98101-4124
    Email: rgc1@mckay-chadwell.com
          pjp@mckay-chadwell.com
          tmb@mckay-chadwell.com

I hereby certify that I have served the attorney(s) of record for the plaintiff(s) that are non CM/ECF participants via USPS mail, postage pre-paid.

    - 0 -

    DATED this 15th day of April, 2016.

                /s/ Tara Faulds
                TARA FAULDS, Legal Assistant
                United States Attorney's Office
                700 Stewart Street, Suite 5220
                Seattle, Washington 98101
                Phone: (206) 553-7970
                E-mail: tara.faulds@usdoj.gov

(PROPOSED) ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT and GRANTING DEFENDANTS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S APA CLAIM - 3
No. C15-01990-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970