Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.W. ARMS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency,<br><br>Defendants. | CASE NO. 15-cv-01990<br><br>DECLARATION OF JESSICA M. ANDRADE |

I, Jessica M. Andrade, do declare as follows:

1. I am an Assistant United States Attorney for the Western District of Washington.

2. I represent the United States of America and the Bureau of Alcohol, Tobacco, Firearms & Explosives in the above-captioned case.

3. The exhibits attached to this declaration have not already been provided to the court by the plaintiff. Hard copies will be provided to the Court.

DECLARATION OF JESSICA M. ANDRADE - 1
Case No. 15-cv-01990-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     4.    Attached as Exhibit A is a true and correct copy of the record of the hearing before the Subcommittee on Crime of the Committee on the Judiciary, House of Representatives, 99th Congress, on H.R. 4 and H.R. 13 on May 9, 1985 ) (hereinafter "May 9, 1985 Hearing").

    5.    Attached as Exhibit B is a true and correct copy of the *ATF Framework for Determining Whether Certain Projectiles are "Primarily Intended for Sporting Purposes" Within the Meaning of 18 U.S.C. § 921(a)(17)(C)*, at p. 5, available at https://www.atf.gov/file/11266/download.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

DATED this 15th day of April 2016, in Seattle, Washington.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Jessica M. Andrade*
Jessica M. Andrade, WSBA No. 39297
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone:  (206) 553-7970
Fax:      (206) 553-4073
Email:  Jessica.Andrade@usdoj.gov

Attorney for Defendants

DECLARATION OF JESSICA M. ANDRADE - 2
Case No. 15-cv-01990-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the plaintiff(s).

    McKAY CHADWELL, PLLC
    Robert G. Chadwell, WSBA No. 22683
    Patrick J. Preston, WSBA No. 24361
    Thomas M. Brennan, WSBA No. 30662
    600 University Street, Suite 1601
    Seattle, WA 98101-4124
    Email: rgc1@mckay-chadwell.com
           pjp@mckay-chadwell.com
           tmb@mckay-chadwell.com

I hereby certify that I have served the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), via USPS mail, postage pre-paid.

    -0-

Dated this 15th day of April, 2016.

    */s/ Tara Faulds*
    TARA FAULDS, Legal Assistant
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Phone: 206-553-7970
    Fax: 206-553-4073
    Email: tara.faulds@usdoj.gov

DECLARATION OF JESSICA M. ANDRADE - 3
Case No. 15-cv-01990-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970