# CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2016, I electronically filed Plaintiff P.W. Arms, Inc.'s Reply Brief in Support of Fed. R. Civ. P. 56 APA Motion and Opposition to ATF's APA Cross-Motion For Partial Summary Judgment and the Declaration of Thomas M. Brennan in Support of PWA's APA Reply Brief which will send notification of such filing to all registered parties on this case, listed below:

Jessica M. Andrade

U.S. Attorney's Office

700 Stewart Street

Suite 5220

Seattle, WA 98101-1271

Email: jessica.andrade@usdoj.gov

DATED this 6th day of May, 2016.

*s/ Annika A. Jakes*
Annika A. Jakes
Legal Assistant
McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, WA 98101
Phone: (206) 233-2800
Facsimile: (206) 233-2809
E-mail:  aaj@mckay-chadwell.com

CERTIFICATE OF SERVICE - 1
No.  2:15-cv-01990 JCC