THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.W. ARMS, INC., a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency,<br><br>　　　　　　　　Defendants. | No. 2:15-cv-01990 JCC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF P.W. ARMS, INC.'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND STRIKE PORTIONS OF THE ADMINISTRATIVE RECORD** |

　　　　This matter came before the Court on Plaintiff P.W. Arm's (PWA) Motion to Supplement the Administrative Record and Strike Portions of the Administrative Record, the Administrative Record being that record which the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) filed in response to PWA's claim under the Administrative Procedure Act (APA).

　　　　After having considered the motion, papers filed in opposition, the certified administrative record, and the pleadings on file, the Court hereby finds that ATF directly, or at least indirectly, relied on (1) the October 31, 1986 letter by ATF Deputy Director William Drake (the Drake letter) (Dkt. # 26-1, Exhibit 1), (2) the Declaration of William Majors, paragraph 22

[PROPOSED] ORDER GRANTING PWA'S MOTION TO SUPPLEMENT
AND TO STRIKE CERTAIN PORTIONS OF THE ADMINISTRATIVE
RECORD- 1

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington 98101-4124
(206) 233-2800  Fax (206) 233-2809

only (Majors' Declaration) (Dkt. # 11 at ¶22), (3) the January 28, 2014 email of which the subject line reads, "Importer Stacy Prineas (PW Arms)" (Administrative Record (AR) 113), (4) the entire book from which two pages were excerpted (AR 45-46), and (5) ATF's April 7, 2014 email to E. Griffith (Dkt. # 26-1, Exhibit 2).

The Court further finds that both Majors' Declaration and the Drake letter are necessary to determine whether ATF considered all relevant factors and explained its decision to classify 7N6 as 'armor piercing.'

The Court further finds that both Majors' Declaration and the Drake letter are necessary to explain ATF's position regarding the term 'armor piercing ammunition,' the subject of PWA's APA summary judgment motion.

The Court further finds that PWA documented that ATF's interpretation of 'armor piercing ammunition' as stated in its cross-motion for summary judgment was inconsistent with ATF's historical interpretation, as documented by the Drake letter, and inconsistent with ATF's very recent interpretation, as documented by Majors' Declaration. *See* Dkt. # 26, pp. 4, 12-14, 16. The Court finds that this supports a showing of ATF's bad faith.

The Court further finds that both Majors' Declaration and the Drake letter provide necessary background information on how ATF historically and currently interpreted 18 U.S.C. § 921(a)(17)(B)(i). Following, the Court will consider these documents when deciding PWA's pending APA summary judgment motion.

The Court further finds that a proper administrative record generally only includes materials that were before ATF at the time its decision was made to classify 7N6 as 'armor piercing,' which was on April 7, 2014. *See* AR 37. Following, this Court finds that ATF improperly submitted as part of the Administrative Record documents regarding internet

[PROPOSED] ORDER GRANTING PWA'S MOTION TO SUPPLEMENT AND TO STRIKE CERTAIN PORTIONS OF THE ADMINISTRATIVE RECORD- 2

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington 98101-4124
(206) 233-2800 Fax (206) 233-2809

research into "commercially available" handguns conducted by ATF after April 7, 2014 (*see* AR 51-59, 156-215) and ATF's June 2, 2014 letter responding to PWA's counsel, in which ATF raised for the first time its position that only the "center and innermost foundation" constitute 7N6's core (*see* AR 43-44).

The Court further finds that ATF's document, created after April 7, 2014, documents ATF's position that "ATF does not consider there to be a difference between a partial and full steel core." AR 143. This is contrary to ATF's position as stated in ATF's cross-motion for summary judgment (*see* Dkt. # 24) and is properly part of the Administrative Record because it documents what ATF's position was before and on April 7, 2014, when ATF classified 7N6 as 'armor piercing.'

THE COURT HEREBY ORDERS that ATF shall supplement the Administrative Record with (1) the Drake letter (Dkt. # 26-1, Exhibit 1), (2) Majors' Declaration (Dkt. # 11 at ¶22), (3) a complete and legible copy of the January 28, 2014 email of which the subject line reads, "Importer Stacy Prineas (PW Arms)" (*see* AR 113), (4) the entire book from which ATF excerpted two pages (*see* AR 45-46), and (5) ATF's April 7, 2014 email to E. Griffith (Dkt. # 26-1, Exhibit 2).

Further, IT IS ORDERED that the following documents are struck from the Administrative Record: AR 51-59, 156-215 -- documents regarding internet research into "commercially available" handguns conducted by ATF after April 7, 2014, and AR 43-44 -- ATF's June 2, 2014 letter responding to PWA's counsel, in which ATF raised for the first time its position that only the "center and innermost foundation" constitute 7N6's core.

[PROPOSED] ORDER GRANTING PWA'S MOTION TO SUPPLEMENT
AND TO STRIKE CERTAIN PORTIONS OF THE ADMINISTRATIVE
RECORD- 3

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington 98101-4124
(206) 233-2800 Fax (206) 233-2809

DATED this ___ day of _____, 2016.

_____
Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

**McKay Chadwell, PLLC**

By *s/ Robert G. Chadwell*
By *s/ Patrick J. Preston*
By *s/ Thomas M. Brennan*
Robert G. Chadwell, WSBA No. 22683
Patrick J. Preston, WSBA No. 24361
Thomas M. Brennan, WSBA No. 30662
Attorneys for Plaintiff P.W. Arms, Inc.
600 University Street, Suite 1601
Seattle, WA  98101-4124
Phone: (206) 233-2800
Fax:    (206) 233-2809
Email: rgc1@mckay-chadwell.com
         pjp@mckay-chadwell.com
         tmb@mckay-chadwell.com

[PROPOSED] ORDER GRANTING PWA'S MOTION TO SUPPLEMENT AND TO STRIKE CERTAIN PORTIONS OF THE ADMINISTRATIVE RECORD- 4

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington 98101-4124
(206) 233-2800  Fax (206) 233-2809