THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PW ARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, a Federal Agency, <br><br> Defendants. | CASE NO. C15-1990-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court has received Plaintiffs' Motion to supplement the administrative record, and strike portions of the administrative record (Dkt. No. 29). The motion is noted for June 3, 2016. (*Id.*) Upon review, the Court determines that Plaintiff's currently-pending Motion for Partial Summary Judgment (Dkt. No. 18) should be RENOTED so that the proper scope of the record is clear prior to considering summary judgment argument. Accordingly, the Clerk is directed to RENOTE Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 18) from May 20, 2016 to June 3, 2016.

//

//

DATED this 20th day of May 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk