Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

P.W. ARMS, INC., a
Washington corporation,

                            Plaintiff,

        v.

UNITED STATES OF AMERICA and the
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, a Federal
Agency,

                            Defendants.

CASE NO. 15-cv-01990

SUPPLEMENTAL DECLARATION OF
JESSICA M. ANDRADE

I, Jessica M. Andrade, do declare as follows:

1.      I am an Assistant United States Attorney for the Western District of Washington.

2.      I represent the United States of America and the Bureau of Alcohol, Tobacco,

Firearms & Explosives in the above-captioned case.

3.      Attached as Exhibit C is a true and correct copy of the full string of the email with the

subject line "Firearms Imports to Norfolk by Licensed Importer Stacy Prineas (P.W. Arms)," which

appears in the background of a picture that is part of the administrative record at AR113.  It has been

SUPPLEMENTAL DECLARATION OF JESSICA M. ANDRADE - 1
Case No. 15-cv-01990-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   redacted to protect personal contact information and attorney-client privilege (*i.e.* discussions of

2   attorney advice and opinions).

3          I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true

4   and correct to the best of my knowledge.

5          DATED this 20th day of May, 2016, in Seattle, Washington.

6

7                                              Respectfully submitted,

8                                              ANNETTE L. HAYES
                                               United States Attorney

9
                                               */s/ Jessica M. Andrade*
10                                             Jessica M. Andrade, WSBA No. 39297
                                               Assistant United States Attorney
11                                             United States Attorney's Office
                                               700 Stewart Street, Suite 5220
12                                             Seattle, Washington  98101
                                               Phone:  (206) 553-7970
13                                             Fax:      (206) 553-4073
                                               Email:  Jessica.Andrade@usdoj.gov
14
                                               Attorney for Defendants
15

16

17

18

19

20

21

22

23

SUPPLEMENTAL DECLARATION OF JESSICA M. ANDRADE - 2            UNITED STATES ATTORNEY
Case No. 15-cv-01990-JCC                                      700 STEWART STREET, SUITE 5220
                                                             SEATTLE, WASHINGTON 98101
                                                             (206) 553-7970

1

CERTIFICATE OF SERVICE

2        I hereby certify that on this date, I electronically filed the foregoing with the Clerk of

3 Court using the CM/ECF system which will send notification of such filing to the attorney(s) of

4 record for the plaintiff(s).

5        McKAY CHADWELL, PLLC
         Robert G. Chadwell, WSBA No. 22683
6        Patrick J. Preston, WSBA No. 24361
         Thomas M. Brennan, WSBA No. 30662
7        600 University Street, Suite 1601
         Seattle, WA 98101-4124
8        Email: rgc1@mckay-chadwell.com
                pjp@mckay-chadwell.com
9                tmb@mckay-chadwell.com

10       I hereby certify that I have served the foregoing document to the following non-CM/ECF

11 participant(s)/CM/ECF participant(s), via USPS mail, postage pre-paid.

12       -0-

13                       Dated this 20th day of May, 2016.

14                                       */s/ Jessica M. Andrade*
                                         Jessica M. Andrade, WSBA No. 39297
15                                       Assistant United States Attorney
                                         United States Attorney's Office
16                                       700 Stewart Street, Suite 5220
                                         Seattle, Washington  98101
17                                       Phone: (206) 553-7970
                                         Fax:    (206) 553-4073
18                                       Email: Jessica.Andrade@usdoj.gov

19                                       Attorney for Defendants

20

21

22

23

SUPPLEMENTAL DECLARATION OF JESSICA M. ANDRADE - 3
Case No. 15-cv-01990-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970