# Exhibit C

Exhibit C - Page 1 of 8

| | |
|---|---|
| **From:** | Woloszynowski, Daniel |
| **To:** | Winkelspecht III, Edward F. |
| **Subject:** | RE: Firearms Imports to Norfolk by Licensed Importer Stacy Prineas (P.W. Arms) |
| **Date:** | Tuesday, January 28, 2014 5:18:37 PM |

Your contact at ICE on the BEST team is Jonathon McCarthy, ▮▮▮▮. I believe he is CBP.

Dan Woloszynowski
RAC
ATF Tidewater/Hampton Roads
Cell ▮▮▮▮
"We're surrounded. That simplifies the Problem."
Lt. Gen. Lewis B. "Chesty" Puller- USMC

---

**From:** Woloszynowski, Daniel
**Sent:** Tuesday, January 28, 2014 7:41:53 PM
**To:** Winkelspecht III, Edward F.
**Subject:** FW: Firearms Imports to Norfolk by Licensed Importer Stacy Prineas (P.W. Arms)

Wink,

Please read the chain. CBP called today and gave me a heads up there may be a shipment coming in next week.

The way I would like to handle this is to coordinate with ICE/HSI upstairs. ATF has a potential import violation and ICE has a potential smuggling violation. If they pop a container and identify any items not on an ATF form 6, it's a violation. For example – the importer got an approved Form 6 to bring in AK47 variants from a country in Europe (which would be allowed) but what they bring in are AK47 variants from China (which are not allowed). Agents should look at the firearms to make sure that what is being imported is the same as what is described on the ATF Form 6. If they are not the same, they can be seized and forfeited under Title 18 USC 922l – illegal importation.

I reached out to HSI GS Colin Jackson for a point of contact. Waiting on a call back.

Thanks,

Wojo

*Dan Woloszynowski*
*Resident Agent in Charge*
*ATF Norfolk Field Office - Tidewater/Hampton Roads*
*Desk* ▮▮▮▮
*Cell* ▮▮▮▮
*email* ▮▮▮▮
"We're surrounded. That simplifies the problem."
*Lieutenant General Lewis Burwell "Chesty" Puller – USMC*

Exhibit C - Page 2 of 8

**From:** Woloszynowski, Daniel
**Sent:** Sunday, January 26, 2014 8:02 PM
**To:** Brown, David L.
**Subject:** RE: Firearms Imports to Norfolk by Licensed Importer Stacy Prineas (P.W. Arms)

Dave,

I'm very familiar with the import game and have many contacts with CBP on Norfolk and CBP HQ (Intel). [redacted]

Regardless, we respond to these types of calls at the ports here and handle it. CBP is the only agency with search authority in the bonded area. We operate on their schedule. Depending on the size of the load and what we are looking for, FTB may need to send a representative. Lastly, ICE also has an import violation although the ATF violation is sometimes easier to prove.

I guess I'll wait to hear from CBP on anticipated PW Arms shipments.

Wojo


Dan Woloszynowski
RAC
ATF Tidewater/Hampton Roads
Cell [redacted]
"We're surrounded. That simplifies the Problem."
Lt. Gen. Lewis B. "Chesty" Puller- USMC


**From:** Brown, David L.
**Sent:** Sunday, January 26, 2014 7:14:13 PM
**To:** Armstrong, Dale L.; Cooper, John R.
**Cc:** Woloszynowski, Daniel
**Subject:** RE: Firearms Imports to Norfolk by Licensed Importer Stacy Prineas (P.W. Arms)

Copy that Dale. John is the Chief of SOD now not in WFD.. I will get with Dan Woloszynowski Monday. My cell phone is on the blink so I can't receive emails. Thanks for the heads up.


**From:** Armstrong, Dale L.
**Sent:** Saturday, January 25, 2014 9:30 AM
**To:** Brown, David L.; Cooper, John R.
**Subject:** Firearms Imports to Norfolk by Licensed Importer Stacy Prineas (P.W. Arms)

HI Guys –
We have been doing spot checks on firearms/ammunition being imported into the US to look for Import Fraud and Excise Tax violations.

Exhibit C - Page 3 of 8

The Import Fraud we look for is when a licensed importer with an approved ATF Form 6 brings in that import – and the items being brought in are not what is described on the ATF Form6.  For example – the importer got an approved Form 6 to bring in AK47 variants from a country in Europe (which would be allowed) but what they bring in are AK47 variants from China (which are not allowed).  They will bring those in since they can get them much cheaper, and once in the US, they will sell them without putting importer markings on them – thus they cant trace back to the importer.

There is an importer on the West Coast (Stacy Prineas of PW Arms) who is known for this.  ATF has seized firearms from him before (see article below).  In Boston, we have received info he is fraudulently bringing in armor piercing ammo

Can you forward this info as a heads up to the RAC in Norfolk.  I gave the RACs name to CBP so that the CBP counterpart in Norfolk could reach out to him.
It is probably worth having an agent look at the firearms to make sure that what is being imported is the same as what is described on the ATF Form 6.  If they are not the same, they can be seized and forfeited under Title 18 USC 922l – illegal importation.
He can call me if he has any questions.
Thanks

*Dale Armstrong*
ASAC  Boston Field Division
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)
10 Causeway Street - Suite 791 Floor - Boston, MA 02222
Telephone: 617-557-1207    Cell:

**From:** Armstrong, Dale L.
**Sent:** Thursday, January 09, 2014 3:33 PM
**To:** MITCHELL, JACK J
**Cc:** Kirk, Douglas R.
**Subject:** FW: Suspect Ammunition Imports in Portland by Stacy Prineas (P.W. Arms) from Sterling Cross Defence - British Columbia

Hi Jack –
Quick update on our ammo importer -
Our Imports Branch shows that **are currently three (3) pending ammo imports for P.W. Arms.  The last one approved occurred on 12/31/12 (might not have been in Portland).**
So we may see more shipments to come in Portland -

*Dale Armstrong*
ASAC  Boston Field Division
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)
10 Causeway Street - Suite 791 Floor - Boston, MA 02222
Telephone: 617-557-1207    Cell:

> **From:** Armstrong, Dale L.
> **Sent:** Tuesday, December 17, 2013 11:10 AM
> **To:** 'MITCHELL, JACK J'

Exhibit C - Page 4 of 8

**Cc:** Kirk, Douglas R.
**Subject:** Suspect Ammunition Imports in Portland by Stacy Prineas (P.W. Arms) from Sterling Cross Defence - British Columbia

Hi Jack –

Per our conversation, we have received anonymous information alleging that Stacy Prineas, President of PW Arms, is bringing in fraudulently importing armor piercing (by definition) ammunition from a company known as Sterling Cross in British Columbia.

It is alleged that the ammunition is soviet era military ball, steel core, 7.62x39 ammunition. This would be armor piercing. It is allegedly shipped to Sterling Cross in British Columbia where employees remove all military type packaging and repack it in commercial packaging calling it "sporting ammunition" with a lead core. The ammunition is then imported into the US by Stacy's company across the border. It is also alleged that Stacy Prineas is the financial backer/silent partner of Sterling Cross and put up the funds for the large warehousing facility in British Columbia to facilitate this import route on the North East US Coast. ▇▇▇▇▇▇ is purported to be the International Sales Manager for Sterling Cross and ▇▇▇▇ ▇▇▇▇ is purported to be the owner.

[redacted block]

27 CFR 478.37 prohibits the manufacture or importation of armor piercing ammunition. To knowingly import armor piercing ammunition would be a violation of Title 18 USC 922(l) – unlawful importation of firearms or ammunition. It may also be a violation of 18 USC 545 (smuggling). To knowingly and willfully import armor

Exhibit C - Page 5 of 8

piercing ammunition would also be a violation of the import provisions of the Arms Export Control Act – Title 22 USC Section 2778(c).

In addition to ammunition, it is also alleged that P.W. Arms has secured a lot ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and that he will attempt to import those through Canada into the US. These rifles, which originated in the US and were exported decades ago under the Civilian Marksmanship Program (CMP) used to be able to be re-imported into the US with prior ATF and State Dept approval. However, on August 19, 2013 President Obama signed an executive order banning the re-importation of certain named US-made military rifles and that list includes ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Information on the 2 companies are as follows;

### P.W. Arms Inc
President Stacy Prineas
8525 152nd Av Ne Redmund WA 98052
Telephone ▮▮▮▮▮▮▮▮
http://www.barnaulammunition.com/

Established in 1997 and incorporated in Washington, current estimates show this company employs a staff of approximately 1 to 4.

### Sterling Cross Defense Systems Corp
31120 Peardonville Rd Unit 104
Abbotsford, British Columbia V2T 6K7, Canada map
Telephone ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Mobile : ▮▮▮▮▮▮▮▮
www.sterling-cross.com

Sterling Cross Defense Systems Corp. was formed as a privately owned corporation in 2008. Sterling Cross initially serviced foreign military forces and various government agencies abroad but has since also begun supplying Canadian law enforcement agencies and the Canadian Department of National Defence. Sterling Cross' ability to provide weapon systems and other defensive implements intricately linked to warfare and public order control ensures we are able to fulfill our client's requests; in fact, our capabilities are recognized by defense industry professionals the world over. Sterling Cross' success is also based on strong independent research

Exhibit C - Page 6 of 8

>and development, sourcing and manufacturing capabilities, and continued investment in proprietary defense systems.
>Annual Revenue $5 to 10 million
>Employees Add Employees 5 to 9
>Year Established Add Year Established 2008
>Company Contacts;  Alessandro Gagliardi, Tim MacFarlane

██████████████████████████████████

██████████████████████████ I am the ASAC in Boston now but I live in Maine still.  I Ccd the new Portland RAC, Doug Kirk, on this email.    I will bring a bullet puller, bolt cutter, and magnet.  We will need to pull a few projectiles and see if they stick to the magnet.  If they do, that means they are not lead core but steel core and probably armor piercing.  We can cut the projectile in half to see how much steel.  I can email a photo of the cut away view to our Firearms Technology Branch to see if that is enough to get a rapid classification of the ammo as armor piercing.  If not, I can Fedex and get a ruling the next day.  If it is armor piercing it can't come in and could be forfeited/seized.

Prineas has been on ATFs radar in the past for illegal imports ████████ ████████████████████████████████████████████████████ ████████████████████

Here is an article on past shipment seizures related to PW Arms;

# 8,000 machine-gun kits seized from Redmond arms importer

By Mike Carter
*Seattle Times staff reporter – June 20, 2003*
Federal agents seized crates containing nearly 8,000 machine-gun kits from a Redmond arms and ammunition importer during a search earlier this week, according to documents filed in U.S. District Court.

The weapons were part of a deal between P.W. Arms and a Chilean arms exporter who was brokering the sale of the weapons from the Chilean Army.  According to a search warrant, P.W. Arms had imported 16,000 of the weapons — at a cost of $84 each. The so-called gun "kits" — comprised of a disassembled rifle and including a 20-round magazine and a bayonet — were being advertised in gun trade magazines for $250 each.  Importing the rifles would be legal if, according to the court documents, they had been "deactivated" by blow-torching or otherwise permanently removing parts of the gun that allow it to fire several rounds with a pull of the trigger, according to the documents.  The rifles then could be rebuilt to fire in a legal, semiautomatic mode, in which a round is fired each time the trigger is pulled.  However, the warrant alleges that the Chilean exporter had been instructed by P.W. Arms or one of its partners to leave untouched key portions of the rifles' mechanism that could allow it to fire as a machine gun.

Exhibit C - Page 7 of 8

The local Bureau of Alcohol, Tobacco and Firearms (ATF) and the U.S. Attorney's Office is investigating. Attempts to contact P.W. Arms President Stacy Prineas or his vice president, Doug Work, were not successful yesterday afternoon.

ATF agents became aware of the weapons — Brazilian-made FN-FAL assault rifles — after a search in December 2001 of a gun-importing business in North Carolina. That business, Interordnance of America, had purchased another 8,000 rifles from the same Chilean dealer, and ATF experts determined the weapons still were technically machine guns under U.S. firearms definitions.

Last month, the local ATF office was contacted by a P.W. Arms official who told them about the guns in the Redmond warehouse. Investigators suspect that word of the North Carolina raid might have made its way back to Prineas and his partner and Work.  The search warrant states that Prineas had attempted to sell thousands of the parts kits to firearms retailers, and that a few of them suspected that the weapons were illegal.

*Dale Armstrong*
ASAC  Boston Field Division
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)
10 Causeway Street - Suite 791 Floor - Boston, MA 02222
Telephone: 617-557-1207    Cell:

******* **NOTICE: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business. This communication may contain Sensitive But Unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval. Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.**

Exhibit C - Page 8 of 8